FRANK V. CRUDO (SBN 63994)
JOSEPH C. CRUDO (SBN 263993)
5445 Oberlin Drive, Suite 200
San Diego, California 92121
(858) 622-7280

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SULIT HERMOSO, | Case No. '16CV3071 JAH RBB |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| v. | (Federal Tort Claims Act) |
| UNITED STATES OF AMERICA and GREGORY ALLEN HARRISON | |
| Defendants. | |

Plaintiff JOSEPH SULIT HERMOSO alleges:

## JURISDICTION AND VENUE

1. This Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1331, because the action arises under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346, 2671, et seq.

2. Venue in this Court is proper pursuant to 28 U.S.C. 139(b). Plaintiff resides in San Diego, California, and the injuries and damages sustained by Plaintiff arise from an automobile collision in the County of San Diego.

1

COMPLAINT FOR DAMAGES

3. Plaintiff submitted an Administrative Claim on Standard Form 95 to each of the following: on December 21, 2015, to U.S. Customs and Border Protection; on December 21, 2015, to U.S. Border Patrol; on December 22, 2015, to U.S. Immigration and Customs Enforcement; and on December 21, 2015, to Department of Homeland Security. Copies of each of the Administrative Claim are attached hereto as Exhibit "A." On July 8, 2016, Plaintiff received a formal denial of his Administrative Claim from U.S. Customs and Border Protection. A copy of that Administrative Denial is attached as Exhibit **"B."** A copy of the Traffic Collision Report prepared by California Highway Patrol is attached as Exhibit **"C."**

## PARTIES

4. Plaintiff resides in San Diego, California.

5. Defendant UNITED STATES OF AMERICA is sued under the FTCA for negligence on the part of defendant GREGORY ALLEN HARRISON (hereinafter "defendant HARRISON", a law enforcement officer employed by one or each of the following: U.S. Customs and Border Protection, U.S. Border Patrol, Department of Homeland Security, and U.S. Immigration and Customs Enforcement.

## FACTUAL ALLEGATIONS

6. In the evening of January 6, 2014, Plaintiff was driving his car along Old Highway 80 near Buckman Springs Road in the County of San Diego, California, intending to make a left-hand turn into a private driveway.

7. At that time and place, defendant HARRISON, driving directly behind the Plaintiff, was traveling at a speed in excess of the posted speed limit.

8. Due to defendant HARRISON's driving at an unsafe speed, he was unable to discern Plaintiff's intent to make a left-hand turn, and defendant HARRISON began to pass the Plaintiff on the left.

9. As Plaintiff was initiating the aforestated left-hand turn, defendant HARRISON braked hard, causing Mr. Harrison's vehicle to rotate and to collide into the rear of the Plaintiff's car.

10. At the time of the automobile collision, defendant HARRISON was employed by defendant UNITES STATES OF AMERICA as an agent by one or each of the following: U.S. Customs and Border Protection, U.S. Border Patrol, Department of Homeland Security, U.S. Immigration and Customs Enforcement. Also at the time of the collision, defendant HARRISON was acting within the scope of his employment.

11. At the time of the automobile collision, and during the time immediately preceding the collision, defendant HARRISON was driving his vehicle in an unsafe and negligent manner, including but not limited to driving at an excess and unsafe speed.

12. Defendant HARRISON's negligent driving caused his vehicle to collide with Plaintiff's vehicle. As a result, Plaintiff has suffered pain, anxiety, mental anguish, lost earnings, and physical injury. Furthermore, as a result of the pain and physical injuries, Plaintiff sought and received health-care treatment. Plaintiff believes that he will require future medication and treatment, as well.

13. Moreover, as a result of defendant HARRISON's negligent driving, Plaintiff has sustained property damage to his vehicle.

### FIRST CAUSE OF ACTION

### (Negligence)

14. Defendant UNITED STATES OF AMERICA's employee, defendant HARRISON, owed a duty of care to Plaintiff. Based on the allegations set forth in Paragraphs 6 through 11, defendant HARRISON breached the duty of care that he owed to Plaintiff.

15. Based on the allegations set forth in Paragraphs 6 through 13, defendant HARRISON's breach of the duty of care caused injury and damage to Plaintiff as described in paragraphs 12 and 13.

16. As a result of this negligence, Plaintiff is entitled to general and compensatory damages in an amount to be proven at trial, not to exceed $575,000.

### SECOND CAUSE OF ACTION

### (Negligence Per Se)

17. Based on the allegations set forth in Paragraphs 6 through 13, defendant HARRISON drove at an unsafe and excessive speed, in violation of California Vehicle Code § 22350, and violated the Plaintiff's right-of-way by attempting to pass him on the left in violation of California Vehicle Code § 21800(b)1).

18. Furthermore, defendant HARRISON's violations of California Vehicle Code § 22350 and § 21800 were substantial factors in bringing about the harm to Plaintiff

19. As a result of this negligence per se, Plaintiff is entitled to general and compensatory damages in an amount to be proven at trial, not to exceed $575,000.

WHEREFOR, Plaintiff prays for judgment against Defendant as follows:

1. For general and compensatory damages in an amount to be proven at trial, not to exceed $575,000.
2. For costs of the lawsuit; and
3. For any other relief that the Court deems proper.

DATED: 12/21/16

s/ Joseph C. Crudo
JOSEPH C. CRUDO
Attorney for Plaintiff